**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LARRY PEASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-2255 |
| | ) | |
| SCOTT LOWERY LAW OFFICE, P.C. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES the Plaintiff, LARRY PEASE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

NOTICE OF SETTLEMENT

1

Respectfully Submitted,

DATED:  June 17, 2010                KROHN & MOSS, LTD.

By: /s/ Alex Simanovsky_____
      Alex Simanovsky, Esq.