# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| LARRY PEASE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| v. | ) Case No. 10-2255 |
| | ) |
| SCOTT LOWERY LAW OFFICE, P.C. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that Plaintiff, LARRY PEASE, pursuant to Rule 41(a)(1)(B), having file a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action with prejudice.

July 13, 2010

**ALEX SIMANOVSKY & ASSOCIATES**
*in assoc. with*
**KROHN & MOSS, LTD.**

 /s/ Alex Simanovsky_____
Alex Simanovsky, Esq.
2300 Henderson Mill Rd. NE Ste. 300
Atlanta, GA 30345

July 13, 2010

**THE MENDELSON LAW FIRM**

/s/ David Mendelson_____
David Mendelson, Esq.
PO Box 17235
Memphis, TN 38187