IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LARRY PEASE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 10-2255-JPM-cgc |
| | ) |
| SCOTT LOWERY LAW OFFICE, P.C. | ) |
| | ) |
|     Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal (D.E. 9), filed July 13, 2010,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, this case is DISMISSED with prejudice.

APPROVED:

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE


July 14, 2010
Date